

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| LORRAINE NESTER-OSBORNE, | ) | **JUDGMENT IN A CIVIL CASE** |
|  | ) |  |
|  | ) | CIV 02-1221-PCT-DGC |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| ALBERTSONS, INC., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_    **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's order dated Nov. 16, 2004, granting in part and denying in part motion for judgment as a matter of law on availability of back pay and front pay for Plaintiff by Albertsons, Inc [88-1], granting in part and denying in part motion for attorney's fees and costs by Lorraine Nester-Osborne [108-1]; final judgment is entered in favor of plaintiff and against Albertsons Inc for $125,000.00 in damages, $31,195.00 in attorney's fees and $1,953.51 in costs.

November 16, 2004

RICHARD H. WEARE
District Court
Executive/Clerk

By: /s/ Al Taylor
Deputy Clerk

cc: (all counsel/jgmdrw)